**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 4, 2022.**



In The

# Fourteenth Court of Appeals

———

## NO. 14-22-00685-CV

———

## IN RE WILLIAM DEXTER LUCAS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-CCV-053073**

## MEMORANDUM OPINION

On September 23, 2022, relator William Dexter Lucas filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Toni Wallace, presiding judge of County Court at Law No. 4 of Fort Bend County, to vacate her June 15, 2022 order denying relator's motion to dismiss real parties in

interest's claims for want of prosecution and enter an order dismissing their claims with prejudice.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion to proceed in forma pauperis as moot.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.